**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 139 MAL 2019

          Respondent   :

                           :   Petition for Allowance of Appeal from
                           :   the Order of the Superior Court

          v.   :

                           :

KARL ERNST ROMINGER,   :

          Petitioner   :

### ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**, and the Motion for Leave to Amend Petition for Allowance of Appeal is DENIED without prejudice.